No. 810.  EDWARD JEFFERSON BRYAN, PLAINTIFF IN ERROR, *v.* LOUISVILLE & NASHVILLE RAILROAD COMPANY.  See *ante*, 651.

No. 848.  ALBERT G. DICKINSON, PETITIONE., *v.* O. & W. THUM COMPANY.  March 18, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. Roger W. Butterfield* and *Mr. Willard F. Keeney* for petitioner.  *Mr. Fred L. Chappell* for respondent.

No. 849.  A. K. ACKERMAN COMPANY, PETITIONER, *v.* O. & W. THUM COMPANY.  March 18, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. Roger W. Butterfield* and *Mr. Willard F. Keeney* for petitioner.  *Mr. Fred L. Chappell* for respondent.

No. 845.  VIAVI COMPANY, PETITIONER, *v.* VIMEDIA COMPANY ET AL.  March 18, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.  *Mr. John A. Barnes* for petitioner.  *Mr. Frank T. Brown* for respondents.

No. 853.  TATUM BROTHERS REAL ESTATE & INVESTMENT COMPANY, PETITIONER, *v.* W. E. SHENK.  March 18, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.